Louise Pearson                                   , Clerk   PD-0561-15

Court of Criminal Appeals
Supreme Court Bldg; 201 W. 14Th St. P.O. Box 12308.
Capital Sta - Austin, Tx. 78711-2308

Dear Clerk:

Enclosed Please Find my PRO SE Defendant's Motion
For Extension of Time To File Petition For Discretionary
Review. Please File This Motion And bring it to The
Attention of The Court.

Please date-stamp this letter And Return it to me At
my Address Shown below.

I Also Request That You Notify me the Court's Ruling
on my Motion.

Yours Truly,

X. Ernest Marquez

ERNEST MARQUEZ (PRO SE)
STILES Unit / #. 1945709
3060 F.m. 3514
BEAUMONT, TX. 77705

FILED IN
COURT OF CRIMINAL APPEALS

MAY 11 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 08 2015

Abel Acosta, Clerk

NO. 11-14-00215-CR

IN THE
Court of Criminal Appeals
AUSTIN, TEXAS

ERNEST VILLA MARQUEZ

v.
The STATE of TEXAS

From Appeal NO. 11-14-00215-CR
Trial Cause NO. CR42478
Midland County

First Motion For Extension of Time To File
Petition For Discretionary Review

To The Honorable Judges of The Court of Criminal Appeals:
Comes Now, ERNEST Villa MARQUEZ, Petitioner, And files this Motion For An Extension of Sixty (60) days In which to file A Petition For Discretionary Review. In Support of this Motion, Appellant shows the Court the following:

## I.

The Petitioner was Convicted in The 142 District Court of Midland County, Texas of the offense of burglary of building In Cause NO. CR42478, styled State of Texas VS. Ernest Villa Marquez The Petitioner Appealed To The Court of Appeals, 11th District of Texas Supreme Judicial District. The Case was Affirmed on April 23, 2015

## II.

THE PRESENT deadline for filing THE Petition FOR DISCRETIONARY REVIEW is 30 days. THE PETITIONER HAS NOT REQUESTED ANY EXTENSION PRIOR TO THIS REQUEST

## III.

PETITIONER'S REQUEST FOR AN EXTENSION IS BASED UPON THE following FACTS: PETITIONER WAS NOT INFORMED of THE decision of THE Court of APPEALS IN Affirming his Case until 4-29-2015. SINCE THAT TIME PETITIONER HAS been Attempting to gain legal REPRESENTATION IN THIS MATTER. HIS Attorney on THE APPEAL, WAYNE FROST has informed PETITIONER THAT HE will NOT REPRESENT him on THE Petition FOR DISCRETIONARY REVIEW.

WHEREFORE, PETITIONER PRAYS THIS Court grant THIS Motion And EXTEND THE deadline for filing THE Petition FOR DISCRETIONARY REVIEW IN CAUSE NO. 11-14-00215-CR to SIXTY (60) days

X: Ernest V. Marquez
PETITIONER, PRO SE
MARK W. STILES Unit
T.D.C. #: 1945709
3060 F.M. 3514
BEAUMONT, TEXAS 77705

## CERTIFICATE of SERVICE

I CERTIFY THAT A TRUE And CORRECT Copy of THE ABOVE And FOREGOING FIRST Motion FOR EXTENSION of TIME TO file A Petition FOR DISCRETIONARY REVIEW, HAS HAS been FORWARDED by U.S. MAIL POSTAGE PREPAID, FIRST Class, TO THE Attorney FOR RESPONDENT, TERESA J. Clingman, DISTRICT Attorney, AT Midland COUNTY Courthouse 500 NORTH LORAINE STREET, SUITE 20 Midland TX 79701, And to THE STATE Prosecuting Attorney, P.O. Box 12405, Austin, TEXAS 78711 on THIS THE 29 day of April, 2015.

X: Ernest V. Marquez
PETITIONER, PRO SE